**Order entered October 9, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00160-CV

### SKY INTERESTS CORP., Appellant

### V.

### ELLE MOISDON, Appellee

### On Appeal from the 382nd Judicial District Court
### Rockwall County, Texas
### Trial Court Cause No. 1-16-0782

## ORDER

Before the Court is appellee's October 4, 2018 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellee on September 24, 2018 filed as of the date of this order.

/s/    ADA BROWN
         JUSTICE